AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mann, Margaret M. | United States Bankruptcy Court Southern District of CA | 04/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article 1 | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Bankruptcy Court
Southern District of California
325 West F. Street
San Diego CA 92106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | National Non-profit CARE Advisory Board of Directors |
| 2. Trustee | Trust 1 - See Additional Information. |
| 3. Co-Trustee | Trust 2 - See Additional Information. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Income From Law Offices of Michael T. O'Halloran |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 03/287/2019 | Beverly Hills, CA | Speaking at the Conference | travel |
| 2. | National Conference of Bankruptcy Judges | 10/30/2019 to 11/02/2019 | Washington, DC | Speaking at the Conference | meals, airfare and hotel |
| 3. | California Bankrutpcy Forum | 05/16/2019 to 05/19/2019 | Rancho Mirage, CA | Speaking at the Confernce | meals, travel, hotel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mann, Margaret M.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Invesco Oppenheimer Developing Markets Y | A | Dividend | M | T | Sold (part) | 07/11/19 | J | A | |
| 2. | | | | | Sold (part) | 09/09/19 | J | A | |
| 3. | | | | | Sold (part) | 09/10/19 | J | A | |
| 4. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 5.  Genworth Variable Annuity Contract Janus Henderson Enterprise Port. | A | Int./Div. | J | T | | | | | |
| 6.  Genworth Variable Annuity Contract Janus Henderson Global Res.Port. | A | Int./Div. | J | T | | | | | |
| 7.  Genworth Variable Annuity Contract Janus Henderson Research Port. | A | Int./Div. | J | T | | | | | |
| 8.  Invesco S&P Global Water Index ETF | A | Dividend | K | T | | | | | |
| 9.  Coachella Vall CA USD Assur OID 98.053 | A | Interest | K | T | | | | | |
| 10.  DELANO CA JT UN High Sch Build SR A | B | Interest | L | T | | | | | |
| 11.  Turlock CA IRR DIST 2014 | B | Interest | L | T | | | | | |
| 12.  Genworth Variable Annuity Contract Janus Henderson Balanced Port. | A | Int./Div. | J | T | | | | | |
| 13.  Wells Fargo Checking | A | Interest | K | T | | | | | |
| 14.  Wells Fargo Savings | A | Interest | O | T | | | | | |
| 15.  UBS Bank Deposit Account | A | Interest | L | T | | | | | |
| 16.  PRIME PLUS INVESTMENTS TISHMAN SPEYER LLP | A | Dividend | J | U | | | | | |
| 17.  Fidelity Adv. Consumer Staples -CLT | A | Dividend | | | Sold | 11/04/19 | M | G | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CALIFORNIA ST TAX BE/R/MAND SINK FUND MAND SINK FND | B | Interest | L | T | | | | | |
| 19. Coachella CA WTR Auth. | B | Interest | L | T | | | | | |
| 20. LEUCADIA NAT'L CORP B/E 5.55% NEW | A | Dividend | | | Sold | 03/08/19 | K | A | |
| 21. T Rowe Price Global Tech Fund | A | Dividend | | | Sold | 07/05/19 | K | A | |
| 22. California ST. BE/RA 5.0% | B | Interest | K | T | | | | | |
| 23. Northern CA Transmission SRA 5.5% | B | Interest | K | T | | | | | |
| 24. California ST. BE/R 5.0% 09/01/35 | B | Interest | K | T | | | | | |
| 25. San Diego CA PUB FACS F1 5.0% | C | Interest | L | T | | | | | |
| 26. Bain Capital Spec. Finance | C | Dividend | L | T | | | | | |
| 27. Alerian MLP ETF | A | Dividend | | | Sold (part) | 07/05/19 | K | A | |
| 28. | | | | | Sold | 07/11/19 | K | A | |
| 29. COLLEGE AMERICAN 529 2036 A | A | Dividend | K | T | Buy | 10/15/19 | K | | |
| 30. Invesco S&P 500 Equal Weight Technology ETF (RYF) | A | Dividend | L | T | Buy | 07/05/19 | K | | |
| 31. | | | | | Buy (add'l) | 07/11/19 | K | | |
| 32. | | | | | Sold (part) | 09/09/19 | J | A | |
| 33. | | | | | Sold (part) | 09/11/19 | J | A | |
| 34. | | | | | Buy (add'l) | 11/04/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mann, Margaret M.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  iShares Core S&P Mid Cap ETF | B | Dividend | M | T | Buy<br>(add'l) | 07/11/19 | K | | |
| 36. | | | | | Sold<br>(part) | 09/09/19 | J | A | |
| 37. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 38. | | | | | Buy | 11/04/19 | J | | |
| 39.  iShares Core S&P Small-Cap ETF | B | Dividend | M | T | Buy<br>(add'l) | 07/11/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 09/09/19 | J | | |
| 41. | | | | | Sold<br>(part) | 09/09/19 | J | A | |
| 42. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 43. | | | | | Sold<br>(part) | 09/10/19 | J | A | |
| 44. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 45.  iShares Core MSCI EAFE ETF | D | Dividend | M | T | Buy<br>(add'l) | 07/11/19 | J | | |
| 46. | | | | | Sold<br>(part) | 09/09/19 | J | A | |
| 47. | | | | | Sold<br>(part) | 09/10/19 | J | A | |
| 48. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 49.  Vanguard S&P 500 ETC | D | Dividend | N | T | Buy<br>(add'l) | 07/05/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 07/11/19 | J | | |
| 51. | | | | | Sold<br>(part) | 09/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mann, Margaret M.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 09/10/19 | J | A | |
| 53. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 54. Columbia Global Tech Growth Fund Class Institutional | A | Dividend | | | Sold | 07/11/19 | K | C | |
| 55. Janus Henderson Small Cap Value Fund Class 1 | B | Dividend | M | T | Buy (add'l) | 07/11/19 | J | | |
| 56. | | | | | Sold (part) | 09/09/19 | J | A | |
| 57. | | | | | Sold (part) | 09/10/19 | J | A | |
| 58. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 59. Janus Henderson Global Equity Income Fund Class 1 | D | Dividend | M | T | Buy (add'l) | 07/11/19 | J | | |
| 60. | | | | | Sold (part) | 09/09/19 | J | A | |
| 61. | | | | | Sold (part) | 09/10/19 | J | A | |
| 62. | | | | | Buy (add'l) | 11/10/19 | J | | |
| 63. JP Morgan Large Cap Growth Fund Class 1 | A | Dividend | M | T | Sold (part) | 09/09/19 | J | A | |
| 64. | | | | | Sold (part) | 09/10/19 | J | A | |
| 65. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 66. MFS Value Fund Class 1 | C | Dividend | M | T | Buy (add'l) | 07/11/19 | J | | |
| 67. | | | | | Sold (part) | 09/09/19 | J | A | |
| 68. | | | | | Sold (part) | 09/10/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 70. Oppenheimer International Small-Mid Company Fund Class Y | A | Dividend | L | T | Buy (add'l) | 07/11/19 | J | | |
| 71. | | | | | Sold (part) | 09/09/19 | J | A | |
| 72. | | | | | Sold (part) | 09/10/19 | J | A | |
| 73. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 74. Principal Midcap Fund Class 1 | A | Dividend | M | T | Sold (part) | 07/11/19 | J | A | |
| 75. | | | | | Sold (part) | 09/09/19 | J | B | |
| 76. | | | | | Sold (part) | 09/10/19 | J | B | |
| 77. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 78. Angel Oak Multi-Strategy Income Fund Class INSTL | D | Dividend | M | T | Buy (add'l) | 07/11/19 | J | | |
| 79. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 80. | | | | | Buy (add'l) | 09/10/19 | K | | |
| 81. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 82. Double Line Total Return Fund INSTL | E | Dividend | N | T | Buy (add'l) | 07/11/19 | J | | |
| 83. | | | | | Buy (add'l) | 09/09/19 | K | | |
| 84. | | | | | Buy (add'l) | 09/10/19 | K | | |
| 85. | | | | | Buy (add'l) | 11/04/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 11/25/19 | L | | |
| 87. JP Morgan Core Bond Fund Class 1 | D | Dividend | N | T | Buy<br>(add'l) | 07/11/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 09/09/19 | K | | |
| 89. | | | | | Buy<br>(add'l) | 09/10/19 | K | | |
| 90. | | | | | Buy<br>(add'l) | 11/04/19 | K | | |
| 91. | | | | | Buy<br>(add'l) | 11/25/19 | L | | |
| 92. Oppenheimer SR Floating Rate FD Class Y | A | Dividend | | | Sold | 11/25/19 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mann, Margaret M.** | 04/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

▨ Trust 1

Since before I was appointed, my ▨ and I have been co-trustees of our intervivos ▨ trust. All assets of the intervivos trust are now, and have always been, included in these reports.

▨ Trust 2

My ▨ has a trust he established in which I am one of the four contingent beneficiaries. I have no current interest in the trust assets. Although I am a co-trustee with my ▨, my ▨ retains all decision making regarding the assets in the trust until his death. For this reason, none of the assets of the trust are included in this report or any earlier reports.

Guggenheim S&P Global Water ETF was changed to Investco S&P Global Water Index ETF

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret M. Mann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544